# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

Milton Wilfredo De Leon

**Plaintiff,**

**V.**

See Atachment

**Defendant.**

**Civil Action No.** 26-cv-4039-LL-JLB

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Mr. De Leon's Petition for Writ of Habeas Corpus is GRANTED. This case is hereby closed.

**Date:** 8/25/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ B. Chandler
B. Chandler, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.** 26-cv-4039-LL-JLB

Respondent:

Patrick Divver,
in his official capacity as Field Office Director of the San Diego California, U.S. Immigration and Customs Enforcement and Enforcement of Removal Operations (ERO);

Todd Blanche,
in his official capacity as Acting Attorney General of the United States;

Markwayne Mullin,
in his official capacity as Secretary of U.S. Department of Homeland Security;

Daren Margolin,
Director for Executive Office for Immigration Review;